| | | | |
|---|---|---|---|
| 002P11-4 | Ricky Bartlett v. D.P.S. State of N.C. | Petitioner's *Pro Se* Motion for Appropriate Release | Dismissed<br><br>**Beasley, J., recused** |
| 006P14 | State v. Daniel Harrison Brennick | Def's PDR Under N.C.G.S. § 7A-31 (COA13-627) | Denied |
| 008PA14 | High Point Bank and Trust Company v. Highmark Properties, LLC, et al. | Plt's Motion for Extension of Time to File Reply Brief | Allowed<br>**07/10/2014** |
| 015P14 | N.C. State Board of Education and N.C. School Board Association, et al. v. N.C. Learns, Inc., d/b/a N.C. Virtual Academy | Respondent's PDR Under N.C.G.S. § 7A-31 (COA13-179) | Denied<br><br><br>**Jackson, J., recused** |
| 024P14 | In the Matter of: Appeals of: Hull Storey Gibson Companies LLC from the decisions of the Cleveland County Board of Equalization and Review concerning the valuation of real property | Taxpayer's (Hull Storey Gibson Companies, LLC) PDR Under N.C.G.S. § 7A-31 (COA13-198) | Denied |
| 031P14-2 | State v. Rodney E. Jones | Def's *Pro Se* Motion for *Writ of Supersedeas* (COAP12-26) | Dismissed |
| 050P00-2 | State v. Albert Lee Stevenson, Jr. | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP12-784)<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as Moot |
| 055P14 | Luis Valladares, Employee v. Tech Electric Corp., Employer, Cincinnati Insurance Company, Carrier | Plt's PDR Under N.C.G.S. § 7A-31 (COA13-705) | Denied |